489 A.2d 194

**JOHN DOE CORPORATIONS A, B, C, D AND E, Appellants,**

**v.**

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA CRIME COMMISSION, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 30, 1984.

Decided March 12, 1985.

Reargument Denied May 6, 1985.

Mark A. Aronchick, for appellants.

Joan Weiner, St. Davids, Martin Heckscher, Philadelphia, for Pa. Crime Com'n.

Robert A. Graci, Deputy Atty. Gen., for Commonwealth of Pa.

Before NIX, C.J., and FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Prior report: 84 Pa.Cmwlth. 234, 479 A.2d 655 (1984).

The appellee's motion to quash this direct appeal is granted. *In Re: Petition for Enforcement of Subpoenas*, J-202-A-84, 507 Pa. 137, 489 A.2d 182 (1985); *Re: Pennsylvania Crime Commission*, 453 Pa. 513, 309 A.2d 401 (1973).

LARSEN, J., did not participate in the consideration or decision of this case.

PAPADAKOS, J., files a concurring opinion.

ZAPPALA, J., files a dissenting opinion.

PAPADAKOS, Justice, concurring.

I concur in the disposition of this matter for the reasons stated in my Concurring Opinion filed in No. 144 Eastern District Appeal Docket, 1984, *In re: Petition for Enforcement of Subpoenas Against John Doe Corporations A, B, C, D and E*, 507 Pa. 137, 489 A.2d 182, filed contemporaneously herewith.

ZAPPALA, Justice, dissenting.

I dissent in accordance with my Dissenting Opinion at No. 144 E.D. Appeal Docket 1984, 507 Pa. 137, 489 A.2d 182 (1985).